# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-54 |
| DELVON BROWN, | |
| Defendant. | |

## ORDER SETTING TRIAL PREPARATION DEADLINES

This matter came before the Court for a Status Conference held on February 9, 2021. After hearing from the parties during the conference as to the current status of this case, the Court issues the following trial preparation deadlines. The Court **ORDERS** the parties to carefully read and comply with the following directives.

In this Order, the Court sets forth the parties' obligations to begin preparing this matter for trial. It is not the Court's intention to impose needlessly onerous obligations on counsel. Rather, these measures are designed to ensure the just and efficient trial of this case. It is the Court's experience that the administration of justice is better served when the matters addressed herein are resolved well in advance of trial rather than by last minute filings on the eve of or during trial.

Except where otherwise indicated in this Order, the parties shall electronically file the documents described below using the Court's CM/ECF system. Each filed document should be separately and clearly captioned. When documents are required by this Order to be sent to the Court by email attachment, they should be submitted to the Courtroom Deputy Clerk Pam Hammock at pam_hammock@gas.uscourts.gov. Any questions may be directed to the Courtroom Deputy Clerk either by email or by telephone at (912) 650-4081.

The Court will only continue or extend the deadlines in this Order upon a showing of good cause. If any party seeks to continue or extend any of the deadlines in this Order, the party must make that request via a motion filed on the Court's docket. The filing of a notice of a plea agreement alone will not continue or extend the deadlines in this Order. Prior to filing any request to continue or extend, the requesting party shall consult with opposing counsel to determine if the opposing party agrees with or opposes the request. Within any motion to continue or extend, the moving party shall state whether the Defendant agrees with or opposes the request and whether opposing counsel agrees with or opposes the request.

### I. Motions in Limine

The parties shall file any motions in limine on or before **March 2, 2021**. The parties shall file any responses to any motions in limine **within fourteen (14) days** of the filing of the motion. Complex trial issues, including substantial evidentiary questions, are better resolved in advance of, rather than in the midst of, trial. Thus, where possible, the Court expects the parties to raise complex trial issues, including complex debates regarding the exclusion or admission of evidence, through motions in limine. However, the Court discourages the filing of form motions in limine or motions about issues the opposing party does not dispute.

### II. Requested Voir Dire

Each party shall file the party's requested voir dire on or before **March 2, 2021**. Each party shall file any objections to an opposing party's requested voir dire **within fourteen (14) days** of the filing of the voir dire requests. In addition to the CM/ECF-filed requests, each party

shall email a copy of the party's requested voir dire as an attachment in Word format to the Courtroom Deputy Clerk.

**SO ORDERED**, this 16th day of February, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA